# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HOVARD MARTINEZ-PALACIOS,

    Plaintiff,

    v.

ERIC HOLDER,

    Defendant.

Case No. C09-11RSL

ORDER TO SHOW CAUSE

    On May 26, 2009, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on June 2, 2009, as petitioner apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for August 7, 2009. If petitioner fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

    DATED this 5th day of June, 2009.

                                                       /s/ Robert S. Lasnik
                                                     Robert S. Lasnik
                                                     United States District Judge

ORDER TO SHOW CAUSE - 1